IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA ex )
rel. SUNBELT RENTALS, INC., )
)
Plaintiff, )
)
v. )
) CASE NO. CV420-023
FIRST INFINITY CONSTRUCTION, )
INC., BENARD QUEEN, JR., and )
UNITED STATES FIRE INSURANCE )
COMPANY, )
)
Defendants. )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 4.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by Plaintiff, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of February 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA